IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELICA RIVERA,<br><br>                               Plaintiff,<br>   v.<br><br>CITY OF PHILADELPHIA, et al.,<br><br>                              Defendants. | CIVIL ACTION<br><br>NO. 18-2066 |

### ORDER RE: DEFENDANTS' MOTION TO DISMISS

**AND NOW**, this third day of August, 2018, after review of Defendant City of Philadelphia and Defendant Rich's Motion to Dismiss (ECF 2), the Court **ORDERS** that the Motion to Dismiss is **GRANTED WITHOUT PREJUDICE**. All claims against Defendant City of Philadelphia and Defendant Rich are **DISMISSED**, with leave to amend.

Based on the docket, it is unclear whether Defendants other than Defendant City of Philadelphia and Defendant Rich have been served. To the extent that they have not been served, the Court **ORDERS** that they be served by September 3, 2018.

                                                                             BY THE COURT:

**Dated: 8/3/18**                                                    /s/ Michael M. Baylson
                                                                                **MICHAEL M. BAYLSON, U.S.D.J.**